**Order filed, June 3, 2022.**



In The

# Court of Appeals
### For The
# First District of Texas
_____

## NO. 01-22-00270-CV

### CHANDRA CORPORATION D/B/A DIAMOND MARQUISE, Appellant

### V.

### ATASHI JEWELS, INC. D/B/A 7 ELEMENTS, ATIT PATEL AND NEETA PATEL, Appellee

---

### On Appeal from the 458th District Court
### Fort Bend County, Texas
### Trial Court Case 18-DCV-250844

---

## ORDER

The reporter's record in this case was due May 23, 2022. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Gina L. Jackson, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM